AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Virginia

| | |
|---|---|
| SA'AD EL-AMIN  <br><br>*Plaintiff(s)*  <br>v.  <br>COMMONWEALTH OF VIRGINIA,  <br>ROBERT F. McDONNELL,  <br>JANET VESTAL KELLY,  <br>J. KIRK DE COURCEY SHOWALTER  <br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  3:12cv538 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMONWEALTH OF VIRGINIA
Kenneth T. Cuccinelli, II
Office of the Attorney General
900 East Main Street
Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff ~~or plaintiff's attorney,~~ whose name and address are:    Sa'ad El-Amin
24 Overbrook Road
Richmond, VA  23222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:         07/25/2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| SA'AD EL-AMIN | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:12cv538 |
| COMMONWEALTH OF VIRGINIA, ROBERT F. McDONNELL, JANET VESTAL KELLY, J. KIRK DE COURCEY SHOWALTER | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROBERT F. McDONNELL
Kenneth T. Cuccinelli, II
Office of the Attorney General
900 East Main Street
Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~ whose name and address are:   Sa'ad El-Amin
24 Overbrook Road
Richmond, VA  23222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/25/2012_____         _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |
|---|---|
| SA'AD EL-AMIN <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA, <br> ROBERT F. McDONNELL, <br> JANET VESTAL KELLY, <br> J. KIRK DE COURCEY SHOWALTER <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  3:12cv538

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JANET VESTAL KELLY
Kenneth T. Cuccinelli, II
Office of the Attorney General
900 East Main Street
Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~ whose name and address are:   Sa'ad El-Amin
24 Overbrook Road
Richmond, VA  23222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____07/25/2012_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| SA'AD EL-AMIN | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.  3:12cv538 |
| COMMONWEALTH OF VIRGINIA,<br>ROBERT F. McDONNELL,<br>JANET VESTAL KELLY,<br>J. KIRK DE COURCEY SHOWALTER | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  J. KIRK DE COURCEY SHOWALTER
900 East Main Street
Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Sa'ad El-Amin
24 Overbrook Road
Richmond, VA  23222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____ 07/25/2012 _____

_____
_Signature of Clerk or Deputy Clerk_